AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

RAMIRO ARANDA and JOANNA ARANDA

|  |  |
|---|---|
| CASE NUMBER: | 1:16-cv-06116 |
| V. | |
| ASSIGNED JUDGE: | Hon. John Z. Lee |
| ONEWEST BANK, N.A. d/b/a CIT BANK, N.A. et al | |
| DESIGNATED MAGISTRATE JUDGE: | Hon. Mary Rowland |

TO: (Name and address of Defendant)

ONEWEST BANK, N.A. d/b/a CIT BANK, N.A.
***Please serve any party able to accept service on behalf of the Defendant***
888 E. Walnut Street
Pasadena, CA 91101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Penelope N. Bach and Paul M. Bach
Bach Law Offices
P.O. Box 1285
Northbrook, Illinois 60065

an answer to the complaint which is herewith served upon you, ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_/s/_

(By) DEPUTY CLERK

June 13, 2016

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 06/22/2016 @ 10:14 AM |
| NAME OF SERVER *(PRINT)* SARAH THOMPSON | TITLE Los Angeles County Reg.#6679 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Onewest Bank, N.A., by serving Lorna Lualhati Legal Specialist, authorized to accept service of process. 888 E. Walnut Street, Pasadena, CA 91101
Ms. Lualhati is described as female, Filipino, brown hair, brown eyes, about 5'4" tall about 130 pounds, in her late 40's

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 06/22/2016
Date

Signature of Server
c/o R.O.S. Consulting, Inc.
23900 Industrial Drive, Suite 3
Plainfield, IL 60585    866-776-9100
*Address of Server*

Also served Civil Action Complaint, Exhibits

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.