**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Ramiro Aranda, et al.

Plaintiff,

v.

Case No.: 1:16−cv−06116
Honorable John Z. Lee

Onewest Bank, N.A. a/k/a CIT Bank, N.A., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 6, 2016:

MINUTE entry before the Honorable John Z. Lee:Status hearing held on 12/6/16. Plaintiffs' motion for entry of default order against Onewest Bank, N.A. [54] is granted. Default is entered as to Defendant Onewest Bank, N.A. The parties should meet and confer by 12/16/16 to schedule deposition dates. Status hearing set for 2/28/17 at 9:00 a.mMailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.